CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
LAKESHIA DORSEY  (Bar No. 291685 )
E-Mail:  lakeshia_adeniyi-dorsey@fd.org
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone:  (213) 894-2854
Facsimile:  (213) 894-0081

Attorneys for Defendant
YUSUF ANIFOWOSHE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 21-CR-00203-ODW-6 |
| Plaintiff, | |
| v. | **STIPULATION TO ADOPT PROPERTY BOND FILED IN THE EASTERN DISTRICT OF NEWYORK** |
| YUSUF ANIFOWOSHE , | |
| Defendant. | |

1       IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, United

2  States of America, by and through its attorney of record, Assistant United States

3  Attorney Khaldoun Shobaki, and defendant Yusuf Anifowoshe, by and through his

4  attorney of record, Deputy Federal Public Defender Lakeshia M. Dorsey, that the

5  following conditions of pretrial release be modified as follows:

6     (1) The court to adopt the previous property bond executed in the Eastern District

7         of New York (see Exhibit A).

8     (2) Accordingly, the parties agree that no further action needs to be taken to

9         secure the property bond.

10                             Respectfully submitted,

11

12                             CUAUHTEMOC ORTEGA
Federal Public Defender

13

14  DATED: November 15, 2021     By  */s/ Lakeshia M. Dorsey*

15                             LAKESHIA M. DORSEY
Deputy Federal Public Defender

16                             Attorney for YUSUF ANIFOWOSHE

17

18                             TRACY WILKISON
Acting United States Attorney

19

20  DATED:  Noember 15, 2021     By  */s/ Khaldoun Shobaki (via email authorization)*

21                             KHALDOUN SHOBAKI
Assistant United States Attorney

22

23

24

25

26

27

28

2

## DECLARATION OF ELIUD E. GALDAMEZ

I, Eliud Galdamez, declare:

1.      I am a paralegal in the trial unit of the Office of the Federal Public Defender, where I have been employed since 2007.

2.      I have been assigned to assist with the bond posting for defendant Yusuf Adekinka Anifowoshe.

3.      In connection with the preparation of Mr. Anifowoshe's property bond, I have been in contact with Daniel Silverburg, Title Project Manager at First Corporate Solutions, Inc.

4.      Mr. Silverburg has previously produced Lot Book Reports for bond posting in the Central District of California.

5.      On or about October 4, 2021, I contacted Mr. Silverburg, via email, regarding the property located at 2480 Brigham Street, Brooklyn, New York, 11235. More specifically, whether there were any documents related to a $300K bond from the Supreme Court of the State of New York.

6.      Mr. Silverburg informed me that he found a Confession of Judgment filed at the County Clerk's Office in New York. Mr. Silverburg also attached a copy of the Confession of Judgment (attached hereto).

7.      I reviewed the Confession of Judgment and the docket found in the U.S. District Court, Eastern District of New York. The judgment and the docket each contained the following information:  United States of America v. Yusuf Adekinka Anifowoshe, 21 MJ 00849-PK, $300,000.00 bond amount.

8.      Mr. Silverburg informed me that the Confession of Judgment would appear on a Title Report.

//

//

//

1

1    9.    Based upon my training and experience, because a bond has already been

2  filed in the Eastern District of New York, perfecting an additional bond in the Central

3  District of California would effectively result in a 600K lien against the property.

4

5    I declare under penalty of perjury under the laws of the United States of America

6  that the foregoing is true and correct.

7    Executed on November 15, 2021, at Los Angeles, California.

8

9                                    */s/ Eliud E. Galdamez*                                    .
                                     ELIUD E. GALDAMEZ
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                              2

**DECLARATION OF LAKESHIA DORSEY**

I, LAKESHIA DORSEY, declare:

1.      I am an attorney with the Office of the Federal Public Defender for the Central District of California.  I am licensed to practice law in the State of California and I am admitted to practice in this Court.  I am submitting this declaration in support of Mr. Yusuf Anifowoshe's request to modify the property bond in the instant case.

2.      Undersigned counsel and paralegal Eluid Galdamez have worked diligently to perfect a property bond in the Central District of California (CDC).

3.      Unfortunately, in order to perfect a property bond in the CDC, there would be two separate property liens on Ms. Anifowoshe's home. This would amount to a $600,000[1] lien on the property instead of $300,000 as ordered by the Court.

4.      Undersigned counsel spoke with a paralegal from the Eastern District of New York (EDNY) who represented that "property bonds" are not docketed in the EDNY and the parties and the Court simply rely on the "Confession of Judgment" which contains the index number.

5.      Accordingly, the parties stipulate to "adopt" the bond that has already been posted/satisfied in New York.

6.      Undersigned counsel has communicated with counsel for the government and the government does not object to adopting the bond.


Executed on November 15, 2021, at Los Angeles, California.


                                        /s/ Lakeshia Dorsey            .
                                        LAKESHIA DORSEY

---

[1] Aside from this, Ms. Anifowoshe does not have $600,000 of equity in her property.

1

# Exhibit A

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
------------------------------------------------------------X

UNITED STATES OF AMERICA,  Index No. _____

                                    Plaintiff,

            - against-

TINA ANIFOWOSHE,

                              Defendant.
------------------------------------------------------------X

AFFIDAVIT OF
CONFESSION OF
JUDGMENT

STATE OF NEW YORK     )
                                        : ss :
COUNTY OF KINGS)

TINA ANIFOWOSHE, being duly sworn, depose and say:

The deponent(s) are the named defendant(s) herein.

The defendant(s) hereby confesses judgement herein and authorize entry thereof against defendant in the sum of $300,000.00 (THREE HUNDRED THOUSAN DOLLARS).

Defendant(s) resides at 2480 Brigham Street Brooklyn, NY 11235 in the County of Kings, State of New York.  Defendant(s) authorize entry of Judgment in Kings County, New York, is said residence address in New York State.

This confession of judgement is for a debt justly to become due to the Plaintiff arising from the following facts:

The defendant(s), TINA ANIFOWOSHE has executed a bail bond in the Eastern District of New York in the case of United States of America v. YUSUF ADEKINKA ANIFOWOSHE, et. al (21mj849). The defendant(s) has executed this affidavit and authorizes entry of judgement against them in the amount of $300,000.00 to secure the United States in the event that Yusuf Adekikna Anifowoshe breaches the terms and conditions of his bail in such a manner as forfeiture of his bail is duly ordered by the court. In addition, Tina Anifowoshe expressly waives any rights she may have under the Homestead Exemption pursuant to Article 52 of the New York City Civil Practice Law and Rules. The property being posted to secure the bail is located at, 2480 Brigham Street Brooklyn, NY 11235 and this judgement is to be obtained from said property.

Case 2:21-cr-00203-ODW   Document 82   Filed 11/19/21   Page 8 of 8   Page ID #:430

The defendant(s), TINA ANIFOWOSHE, represents that title for this property is solely and exclusively in the name of TINA ANIFOWOSHE.

_____
TINA ANIFOWOSHE

All Sworn to before me this
6th ____ day of August, 2021

_____
NOTARY PUBLIC

Justine James
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01JA6195994
Kings County
Commission Expires    November 3, 2024