1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| UNITED STATES OF AMERICA, | Case No. 21-CR-00203-ODW-6 |
|---|---|
| Plaintiff, | **ORDER RE STIPULATION TO CONTINUE SENTENCING AND FILING DEADLINES** |
| v. | |
| YUSUF ANIFOWOSHE, | |
| Defendant. | |

1

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that:

(1) The parties' position papers shall be filed no later than August 22, 2022.

(2) Sentencing is continued to September 12, 2022 at 9:00 a.m.

DATED: June 27, 2022           By: _____
                                    HON. OTIS D. WRIGHT II
                                    United States District Judge

2